■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN R. SCHAAD, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed March 30, 1979, the sentence being an intermittent sentence of imprisonment of 60 days and probation for a period of three years, with a direction that defendant make restitution. Sentence modified, on the law, by adding thereto a provision that the sentence of imprisonment shall be a condition of and run concurrently with the sentence of probation. As so modified, sentence affirmed. The sentence as imposed was improper (see Penal Law, § 60.01, subd 2, par [d]). Mangano, J. P., Gibbons, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WILLIAMS, Appellant.—Appeal by defendant from an amended judgment of the Supreme Court, Kings County, rendered March 15, 1977, which revoked a previously imposed sentence of probation, upon his conviction of assault in the first degree, and resentenced him to a term of imprisonment with a maximum of 10 years. Amended judgment modified, as a matter of discretion in the interest of justice, by deleting therefrom the provision that the sentence shall be served consecutively to certain undischarged terms of imprisonment, and substituting therefor a provision that the sentence shall be served concurrently with said undischarged terms. As so modified, amended judgment affirmed. The questions raised regarding the original conviction and sentence are not properly before us on this appeal from the amended judgment (see CPL 450.30, subd 3; *People v Heckstall,* 65 AD2d 581; *People v Blim,* 54 AD2d 771; see, also, *People v Williams,* 6 NY2d 193, 195; *People v Hollick,* 38 AD2d 714). However, in our view, the sentence imposed upon the revocation of probation was excessive to the extent indicated herein. Gulotta, J. P., Margett, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ZAGARINO, Appellant.—Judgment of the Supreme Court, Kings County, rendered February 15, 1979, affirmed. (See *People v Zagarino,* 74 AD2d 115.) Hopkins, J. P., Titone, Lazer and Cohalan, JJ., concur.